# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

|  |  |
|---|---|
| IN RE: | Case No:    6:18-bk-00103-KSJ |
| **Albert Esmailzadeh** |  |
|  | Chapter 13 |
| Debtor |  |

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order Granting Motion to Dismiss Case This Order is Effective on the 15th Day Following Date of Entry. Dismissed for Failure to Maintain Timely Plan Payments (Document No. 66) has been furnished by regular U.S. Mail or by Electronic Notification, to all creditors and parties in interest on the Court's official mailing matrix on this 13th day of November, 2018 .

**/S/ LAURIE K. WEATHERFORD**

Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL   32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com